# FILED

09/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0279

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0279

CREMER RODEO LIVESTOCK COMPANY,

Plaintiff/Appellee,

v.

LINDA MCMULLEN,

Defendant/Appellant.

## GRANT OF APPELLEE'S EXTENSION OF TIME

Pursuant to the authority granted under Rule 26, M.R.App.P., Appellee's Unopposed Motion for Extension of Time is granted. Appellee may file and serve its opening brief in this matter on or before Friday, October 14, 2022.

## ELECTRONICALLY SIGNED AND DATED BELOW

cc: Karl Knuchel/Webster Crist

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 7 2022